IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHARLES WARREN                                                 PLAINTIFF

v.                      No: 2:22-cv-63-DPM

SCOTTIE WHITCOMB, Individually and
in his Official Capacity as a Police Officer
for the City of Clarendon, Arkansas;
LAURA RASH, Individually and in her
Official Capacity as a Police Officer for the
City of Clarendon, Arkansas; and DERRICK
TIMES, Individually and in his Official
Capacity as a Police Officer for the City of
Clarendon, Arkansas                              DEFENDANTS

## JUDGMENT

Warren's complaint is dismissed with prejudice. The Court retains jurisdiction until 11 October 2022 to enforce the parties' settlement.

 

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 August 2022